IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00939-MJW

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois Corporation,

    Plaintiff,

v.

THE UNITED STATES OF AMERICA,

    Defendant.

---

## FINAL JUDGMENT (Doc. No. 33)

---

In accordance with the offer of judgment presented by Defendant to Plaintiff on September 4, 2014 pursuant to Fed. R. Civ. P. 68, which was accepted by Plaintiff on September 5, 2014, and such offer and acceptance, plus proof of service, having been filed with the Court on September 8, 2014, the following Final Judgment is hereby entered.

It is ORDERED that judgment SHALL ENTER according to the terms presented in the aforementioned offer of judgment, accepted and mutually entered into by both parties to this action, so that Defendant shall pay Plaintiff the amount of one thousand six hundred thirty dollars and seventeen cents ($1,630.17) as full and final satisfaction of all claims in this lawsuit, including any and all claims for attorney's fees and costs, and,

further, all claims for relief and causes of action asserted against Defendant in this action are dismissed with prejudice.

Dated September 9th, 2014.

_____
Michael J. Watanabe
U.S. Magistrate Judge